## ST. LOUIS & S. F. R. CO. v. HARKEY.

No. 6582—Opinion Filed June 13, 1916.

(158 Pac. 438.)

### Appeal and Error—Failure to File Brief— Review—Decision.

Where the plaintiff in error duly perfects its appeal to this court, and thereafter serves and files its brief, and defendant in error fails to serve and file a brief and offers no excuse therefor, this court will not search the record for reasons to sustain the judgment of the court below, where, from the brief of plaintiff in error, the assignments of error seem to be well taken, but will reverse and remand the cause.

(Syllabus by Rummons, C.)

Error from County Court, Choctaw County; W. T. Glenn, Judge.

Action by Joe Harkey against the St. Louis & San Francisco Railroad Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

W. F. Evans, R. A. Kleinschmidt, and W. T. Stratton, for plaintiff in error.

Opinion by RUMMONS, C. Plaintiff in error duly perfected its appeal from the court below and duly filed and served its brief in this court in compliance with the rules, but the defendant in error has failed to file brief and offers no excuse for such failure. The brief of plaintiff in error and the authorities therein cited seem to sustain the assignments of error therein taken. In such case this court will not search the record for reasons to sustain the judgment of the court below, but will reverse and remand the cause.

The judgment of the court below should therefore be reversed, and the cause remanded.

By the Court: It is so ordered.